UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| Robert E. Mathias, | ) | Case File No.: 0:20-cv-01014 SRN/LIB |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)** |
| Susan Hettich, | ) | |
| Defendant. | ) | |

Defendant Susan Hettich, by her undersigned attorney, respectfully moves the Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss the complaint filed by Plaintiff Robert E. Mathias. Defendant's motion is made on the ground that Plaintiff has failed to state a claim upon which relief can be granted. Specifically, and as set forth in further detail in the accompanying Memorandum of Law, Plaintiff has failed to adequately allege facts in support of the requisite elements of his claim for defamation or conversion.

The motion will be based on this Motion, Memorandum of Law in Support filed herewith, all records, papers, pleadings, and documents contained in the Court's file in this action, together with such oral argument or other evidence as may be permitted by the Court.

WHEREFORE, Defendant respectfully requests that the Court dismiss with prejudice Plaintiff's Complaint and award Defendant costs, attorney's fees, and any other relief as the Court deems just and proper.

1

Dated: May 5, 2020.

/s/ Ronald K. Hettich
Ronald K. Hettich - MN #0325867
Attorney for Defendant
112 N. University Drive, Suite 323
Fargo, ND 58102
Tel: (701) 356-6471
Fax: (701) 356-6472
ron@hettichlaw.com