# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert E. Mathias, | Case File No.: 0:20-cv-01014 SRN/LIB |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION TO REMAND CASE PERSUANT TO 28 U.S.C. 1447 (C)** |
| Susan Hettich, | |
| Defendant, | |

---

Plaintiff will move the Court for an Order remanding this case to the District Court, St. Louis County Minnesota for further proceedings.

The motion is based upon 28 U.S.C 1447 (C) and upon the ground that the amount in controversy does not exceed a sum in excess of Seventy Five Thousand Dollars ($75,000) as required by 28 U.S.C. 1332.

Dated: May 14, 2020

Robert E. Mathias
Pro-Se
11 E. Superior Street Ste 506,
Duluth, MN 55802
Tel. #: 218-625-8480